UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNY HWANG individually and on behalf of all
others similarly situated,

                              Plaintiffs,

              -against-

FASCINATING FACETS, LLC and
VENUS GEMS, INC.

                              Defendants.
-------------------------------------------------------------X

Case No. 23-cv-1658

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendants are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: July 20, 2023

New York, New York

| MARS KHAIMOV LAW, PLLC | HINMAN STRAUB P.C. |
|---|---|
| By: _/s/ Mars Khaimov_ | By: _/s/ David B. Morgen_ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | David B. Morgen, Esq.<br>121 State Street<br>Albany, NY 12207<br>Telephone: (518) 436-0751<br>Email: dmorgen@hinmanstraub.com<br>*Attorneys for Defendants* |

SO ORDERED: _Brian M. Cogan_
U.S.D.J

4895-5040-3388.1